U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| UNITED STATES OF AMERICA   2006 MAY 11  P | | MISC. NO. 3:06mc3314mEF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| REUBEN BRUNDIDGE | Motion for Order, Affidavit & Order |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
REUBEN BRUNDIDGE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5499 Sandfort Road, Seale, Alabama   36875

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. Attorney's Office
ATTN: D. Aldridge
P.O. Box 197
Montgomery, AL   36101-0197

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                              Fold

SSN:    7037
DOB:    1952

Signature of Attorney or other Originator requesting service on behalf of:
R. Randolph Neeley

☒ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 334-223-7280 | 5/9/2006 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 5/16/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**RETURNED AND FILED**

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

MAY 2 3 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| Date of Service 5/22/2006 | Time 3:30 ☒ pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee $45.00 | Total Mileage Charges (including endeavors) $124.60 | Forwarding Fee | Total Charges $169.60 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
5/22/2006   JOSEPH TONEY A NEIGHBOR STATED THAT BRUNDIDGE DIED IN THE SPRING OF 2003 FROM COMPLICATIONS DUE TO DIABETES. HE IS BURIED NEAR HURTS BORO ON CR51.
280 mls R.T.
☒ SSN CONFIRMS THAT SUBJ. IS DECEASED.

**PRIOR EDITIONS MAY BE USED**                **1. CLERK OF THE COURT**                FORM USM-285 (Rev. 12/15/80)

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
~~NORTHERN~~ DIVISION
EASTERN

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
      v.                         )     MISC NO. ___3:06mc3314-mEF___
                                 )
RUBEN BRUNDIDGE,                 )
                                 )
            Defendant.           )

## AFFIDAVIT

I, R. Randolph Neeley, having been first duly sworn, depose and say as follows:

1.  I am an Assistant United States Attorney and represent the United States of America, Plaintiff, herein.

2.  Judgment was entered on January 23, 1998 for Plaintiff and against Defendant for the sum of $23,869.00 and costs.

3.  Defendant, RUBEN BRUNDIDGE, resides at 5499 Sandfort Road, Seale, Alabama 36875, within the jurisdiction of this Court.

4.  The Judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

5.  The balance due on the Judgment as of May 9, 2006, is $23,219.00.

LEURA G. CANARY
United States Attorney

By: _____
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Plaintiff
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail:  rand.neeley@usdoj.gov


Sworn to and subscribed before

me this ___9th___ day of ___May___, 2006.

_____
NOTARY PUBLIC

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06mc3314-MEF |
| | ) | |
| RUBEN BRUNDIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R ON MOTION
## FOR APPEARANCE OF JUDGMENT DEBTOR

Plaintiff, United States of America, having moved the Court for an Order requiring

the Defendant, RUBEN BRUNDIDGE, to appear and testify at a Judgment Debtor

Examination, and the Court being sufficiently advised,

It is ORDERED that the Motion for Order Requiring Examination of Judgment

Debtor is GRANTED.

It is ORDERED that Defendant, RUBEN BRUNDIDGE, appear at 10:00 a.m. on the

21st day of June, 2006 in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse

Complex, One Church Street, Montgomery, Alabama, to answer questions concerning

Defendant's real and personal property.

It is further ORDERED that Defendant bring the following documents:

1. Copies of personal and business income tax returns for the years 2003, 2004, and

2005.

2. Copies of all personal and business bank statements for the years 2003, 2004, and

ATTEST: A True Copy
Certified to _____ 5/15 _____, 20 66 .
Clerk, U.S. District Court,
Middle District of Alabama

BY _____
                Deputy Clerk

2005.

3.   Record of any safety deposit box in your name or that of your spouse.

4.   Copy of title or deed of personal residence if owned by you or any member of your family.  If not, a copy of proof of ownership by unrelated party.

5.   Copy of title or license of automobile, airplanes, motorcycles and boats owned or driven by you or your spouse.

DEFENDANT, RUBEN BRUNDIDGE, IS HEREBY ADVISED THAT FAILURE TO APPEAR AT THE TIME AND LOCATION SET FORTH ABOVE MAY RESULT IN A BENCH WARRANT BEING ISSUED FOR DEFENDANT'S ARREST.  A COPY OF THIS ORDER, TOGETHER WITH COPIES OF PLAINTIFF'S MOTION AND AFFIDAVIT, SHALL BE SERVED UPON DEFENDANT FORTHWITH.

DONE this 15th day of May, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
~~NORTHERN~~ DIVISION
EASTERN

RECEIVED

2006 MAY 11  P 1: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
    v.                              )    MISC. NO. 3:06mc3314-mEF
                                    )
RUBEN BRUNDIDGE,                    )
                                    )
            Defendant.              )

## MOTION FOR ORDER REQUIRING EXAMINATION OF JUDGMENT DEBTOR

Plaintiff, United States of America, moves the Court to issue an Order requiring the Defendant, RUBEN BRUNDIDGE, to appear and testify at a Judgment Debtor Examination in aid of execution under Rule 69 F.R.C.P., and in support of this Motion relies upon the Affidavit annexed hereto as Exhibit A.

LEURA G. CANARY
United States Attorney

By: _____
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Plaintiff
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail:  rand.neeley@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06mc3314-MEF |
| | ) | |
| RUBEN BRUNDIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R ON MOTION
FOR APPEARANCE OF JUDGMENT DEBTOR**

Plaintiff, United States of America, having moved the Court for an Order requiring

the Defendant, RUBEN BRUNDIDGE, to appear and testify at a Judgment Debtor

Examination, and the Court being sufficiently advised,

It is ORDERED that the Motion for Order Requiring Examination of Judgment

Debtor is GRANTED.

It is ORDERED that Defendant, RUBEN BRUNDIDGE, appear at 10:00 a.m. on the

21st day of June, 2006 in Courtroom 5A, Frank M. Johnson, Jr. United States  Courthouse

Complex, One Church Street,  Montgomery, Alabama, to answer questions concerning

Defendant's real and personal property.

It is further ORDERED that Defendant bring the following documents:

1.  Copies of personal and business income tax returns for the years 2003, 2004, and

2005.

2.  Copies of all personal and business bank statements for the years 2003, 2004, and

ATTEST: A True Copy
Certified to
Clerk, U.S. District Court,
Middle District of Alabama

BY _____ Deputy Clerk

2005.

    3.   Record of any safety deposit box in your name or that of your spouse.

    4.   Copy of title or deed of personal residence if owned by you or any member of your family.  If not, a copy of proof of ownership by unrelated party.

    5.   Copy of title or license of automobile, airplanes, motorcycles and boats owned or driven by you or your spouse.

DEFENDANT, RUBEN BRUNDIDGE, IS HEREBY ADVISED THAT FAILURE TO APPEAR AT THE TIME AND LOCATION SET FORTH ABOVE MAY RESULT IN A BENCH WARRANT BEING ISSUED FOR DEFENDANT'S ARREST.  A COPY OF THIS ORDER, TOGETHER WITH COPIES OF PLAINTIFF'S MOTION AND AFFIDAVIT, SHALL BE SERVED UPON DEFENDANT FORTHWITH.

DONE this 15th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE